1  William C. Reeves
   State Bar No. 8235
2  MORALES FIERRO & REEVES
   600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV 89106
   Telephone: 702/699-7822
4  Facsimile: 702/699-9455
   Email: wreeves@mfrlegal.com
5
   Attorneys for Plaintiff
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INS. CO., | Case No.: 2:18-cv-00578-RFB-VCF |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO EFFECTUATE SERVICE |
| vs. | |
| ASPEN SPECIALTY INS. CO., | |
| Defendant. | |

Plaintiff Zurich American Ins. Co. ("Zurich") and Defendant Aspen Specialty Ins. Co. ("Aspen"), by and through counsel, stipulate and agree as follows:

WHEREAS, this matter is a contribution action between Zurich and Arch ("collectively parties"), co-insurers for a common insured, arising from an underlying settled and resolved construction defect matter;

WHEREAS, the Parties previously negotiated a settlement of other, similar claims in connection with a separate suit that is now dismissed (Case No.: 2:16-cv-02574);

WHEREAS, given past dealings, the Parties have been actively exploring a resolution of the claims at issue in this case;

WHEREAS, the Parties would benefit in being afforded additional time to explore a resolution of the claims at issue in this case;

WHEREAS, the deadline to serve is approaching;

WHEREAS, the Parties are amenable to an extension of 45 days for Zurich to formally

serve Aspen if needed;

WHEREFORE, the parties stipulate and agree that Zurich shall have until August 10, 2018 to formally serve Aspen.

IT IS SO AGREED.

Dated: June 25, 2018

| MORALES FIERRO & REEVES | RESNICK & LOUIS |
|---|---|
| By: /s/ William C. Reeves<br>William C. Reeves<br>State Bar No. 8235<br>600 S. Tonopah Drive, Suite 300<br>Las Vegas, NV 89106<br>Attorneys for Plaintiff | By: /s/ Mitchell J/ Resnick<br>Mitchell J. Resnick<br>State Bar No.: 12074<br>5940 South Rainbow Blvd.<br>Las Vegas, NV 89118<br>Attorneys for Defendant |

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

Zurich shall have until August 10, 2018 to formally serve Aspen in this case.

IT IS SO ORDERED.

Dated: 6-25-2018

UNITED STATES MAGISTRATE JUDGE